■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMELLO A. GUGINO, Appellant. [749 NYS2d 200] —Appeal from a judgment of Erie County Court (Drury, J.), entered April 12, 2000, convicting defendant upon his plea of guilty of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Milczakowskyj*, 286 AD2d 928, *lv denied* 97 NY2d 657). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY A. GARRIES, Appellant. [749 NYS2d 200] —Appeal from a judgment of Steuben County Court (Latham, J.), entered February 22, 2001, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment revoking his probation and sentencing him to an indeterminate term of imprisonment of 1 to 3 years. Contrary to the contention of defendant, the determination of County Court that he violated the terms of his probation is not against the weight of the evidence (*see People v Mallory*, 191 AD2d 970, *lv denied* 81 NY2d 1016; *see generally People v Bleakley*, 69 NY2d 490, 495). Present—Green, J.P., Hayes, Scudder, Gorski and Lawton, JJ.